UNITED STATES BANKRUPTCY COURT
Southern District of Georgia
Augusta Division

In re:

Keisha Monique Graham,
*Debtor*.

Case: 19-11139

Chapter: 13

Judge Susan D. Barrett

## AMENDED MOTION TO SELL

Debtor, Keisha Monique Graham, files this amended motion to sell real estate pursuant to 11 U.S.C. §§ 1303 and 363(b). In support thereof, Debtor state as follows:

1. Debtor commenced this case August 30, 2019, by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code. (Dckt. no. 1.)

2. Debtor's Chapter 13 Plan was confirmed on January 8, 2020. (Dckt. no. 29).

3. Debtor owns property located 3610 Bremen Drive, Augusta, Georgia 30906. (Dckt. no. 1.) At the time of filing, Debtor estimated that said property is worth $86.895.00. *Ibid*.

4. Upon information and belief, said property is encumbered by a first mortgage held by AmeriHome Mortgage, in the approximate amount of $108,000.00.

5. Debtor wishes to sell said property to Davenley Adain for a price of $140,000.00. There is no prior relationship between the buyer and Debtor.

6. Debtor shall turnover to the Chapter 13 Trustee all excess proceeds resulting from the sale. Any non-exempted proceeds shall be distributed as an additional dividend to unsecured creditors; however, any exempt proceeds and the remainder of any nonexempt proceeds after distribution as an additional dividend to unsecured creditors shall be retained by Debtor.

7. This Motion is the fourth Motion to Sell for the Debtor. The first three sales did not materialize for different reasons; therefore, counsel for the Debtor requests attorney's fees in the amount of $1,000.00 from the proceeds of the sale.

WHEREFORE, Debtor respectfully requests that this Court grant the motion authorizing the sale of

Debtor's property located 3610 Bremen Drive, Augusta, Georgia 30906, to Davenley Adain, the net proceeds, if any, of which shall be turnover to the Chapter 13 Trusteed who shall distribute exempted and non-exempted funds accordingly; reduce to the amount paid any and all pre- and/or post-petition arrearage claim regarding said mortgage; and provide for such other relief as may be proper.

    Respectfully submitted on December 6, 2021.

/s/ *Kathryn A. Brow Aho*
Kathryn A. Brow Aho (GA Bar #: 425482)
2608 Commons Blvd., Ste. A, Augusta, GA 30909
P: 706-755-2928 | F: 706-664-0407
k.brow@duncanbrow.com | Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
Southern District of Georgia
Augusta Division

In re:

    Keisha Monique Graham,

                    *Debtor*.

Case: 19-11139

Chapter: 13

Judge Susan D. Barrett

ORDER

Upon notice by the parties that the Debtor's Amended Motion to Sell regarding 3610 Bremen Drive, Augusta, Georgia 30906, it is hereby:

IT IS ORDERED that the motion is GRANTED authorizing the sale of Debtor's property located 3610 Bremen Drive, Augusta, Georgia 30906 to Davenley Adain, the net proceeds, if any, of which shall be dispersed to the Trustee. Any net proceeds which the Debtor is able to exempt shall be paid by the Trustee to the Debtor, and the balance, if any shall be administered by the Trustee. Any non-exempted proceeds from the sale shall be used as a dividend for unsecured creditors. Any and all pre- and/or post-petition arrearage claim regarding said mortgage shall be reduced to the amount paid.

IT IS FURTHER ORDERED that the Debtor shall provide a closing statement to the Trustee prior to the closing of the sale.  Prior to the closing, the Trustee will review the closing statement and provide the closing attorney referenced in the closing statement with written consent to the consummation of the sale and disbursement of the proceeds.  The Debtor shall also provide the Trustee a fully executed copy of the closing statement once the transaction is completed.

IT IS FURTHER ORDERED that the closing attorney, David L. Huguenin, P.C., 4070 Columbia Road, Suite 100, Martinez, Georgia 30907, shall remit all net proceeds after payment of liens, to the Chapter 13 Trustee – Augusta and mail the check to the Office of the Chapter 13 Trustee – Huon Lee, P.O. Box 102173, Atlanta, Georgia 30368-2173.  The name of the debtor and case number shall be provided on the check.  The Chapter 13 Trustee shall pay Debtor any exempt proceeds and administer the balance if any.  The Chapter 13 Trustee shall pay Debtor any exempt proceeds and administer the balance, if any as provided above.

**[END OF DOCUMENT]**

Prepared by:
/s/ *Kathryn A. Brow Aho*
Kathryn A. Brow Aho (GA Bar #: 425482)
2608 Commons Blvd., Ste. A, Augusta, GA 30909
P: 706-755-2928 | F: 706-664-0407
k.brow@duncanbrow.com | Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
Southern District of Georgia
Augusta Division

| | |
|---|---|
| In re:<br>    Keisha Monique Graham,<br>                          *Debtor*. | Case: 19-11139<br><br>Chapter: 13<br><br>Judge Susan D. Barrett |

### CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing were served on December 6, 2021, by CM/ECF electronic notice, on the following:

Huon Le
Office of the Chapter 13 Trustee
notices@chp13aug.org

On December 7, 2021, by placing the same for collection and mailing on December 7, 2021, first-class postage prepaid, on the following:

AmeriHome Mortgage
PO Box 77404
Ewing, NJ 08628

Respectfully submitted on December 6, 2021.

/s/ *Kathryn A. Brow Aho*
Kathryn A. Brow Aho (GA Bar #: 425482)
2608 Commons Blvd., Ste. A, Augusta, GA 30909
P: 706-755-2928 | F: 706-664-0407
k.brow@duncanbrow.com | Attorney for Debtor